FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SEGA CORPORATION and SEGA OF AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," <br><br> Defendants. | Case No. 23-cv-16526 <br><br> **Judge Thomas M. Durkin** <br><br> **Magistrate Judge Young B. Kim** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Sega Corporation and Sega of America, Inc. hereby dismiss this action with prejudice as to the following Defendants:

| Defendant Seller Alias | Schedule A Line No. |
|---|---|
| CHAODADIANZI | 52 |
| ChenLiQing US | 54 |
| fancycloth | 66 |
| foshanshichanchengqukejiefushangmaoyouxiangongsi | 68 |
| Joyday LLC | 85 |
| luohuanhong | 95 |
| QINGDECHUKOU | 106 |
| YIPIANYUNDUO | 150 |
| zhengzhenyinggdfrg | 161 |
| 合肥纺锡蓓网络科技有限公司 | 170 |
| Chengduyixinmeiyuwenhuachuanmeiyouxiangongsi | 180 |

1

2

Dated this 11th day of January 2024.   Respectfully submitted,

/s/ Martin F. Trainor
Martin F. Trainor
Sydney Fenton
Richard M. Poskozim
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
sydney@tme-law.com
richard@tme-law.com

*Counsel for Plaintiffs Sega Corporation and Sega of America, Inc.*

2