## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| SEGA CORPORATION and SEGA OF AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ANHUI XIMENG INTERNATIONAL TRADE CO., LTD., et al., <br><br> Defendants. | Case No. 23-cv-16526 <br><br> **Judge Thomas M. Durkin** <br><br> **Magistrate Judge Young B. Kim** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Sega

Corporation and Sega of America, Inc. hereby dismiss this action with prejudice as to the following

Defendants:

| Defendant Seller Alias | Schedule A Line No. |
|---|---|
| anhaomaoyidian | 43 |
| Eisyaa | 64 |
| Lin-Yu | 91 |
| putianshiqijigemaoyiyouxiangongsi | 104 |
| wieoeor | 138 |
| Fu Tian Yi Co.ltd | 189 |

1

Dated this 2nd day of February 2024.    Respectfully submitted,

/s/ Martin F. Trainor
Martin F. Trainor
Sydney Fenton
Richard M. Poskozim
Alexander Whang
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
sydney@tme-law.com
richard@tme-law.com
alexander@tme-law.com

*Counsel for Plaintiffs Sega Corporation and Sega of America, Inc.*