# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

SEGA CORPORATION, et al.

                    Plaintiff,

v.                                      Case No.: 1:23−cv−16526

                                                            Honorable Thomas M. Durkin

Anhui Ximeng International Trade Co., Ltd., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 6, 2024:

      MINUTE entry before the Honorable Thomas M. Durkin: A notice of motion withdrawal has been filed. Defendant MYREBABY's motion to vacate the Preliminary Injunction Order [43] is withdrawn. Plaintiffs' motion to strike MYREBABY's motion to vacate [44] is denied as moot. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.